**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-01478-WYD-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO COUNTY SCHOOL DISTRICT #11,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming and Adopting Recommendation of the United States Magistrate Judge of Senior Judge Wiley Y. Daniel, entered on February 22, 2016, it is hereby

ORDERED that Plaintiff JULIA CHUNG recovers nothing, the action is dismissed on the merits, and Defendant EL PASO COUNTY SCHOOL DISTRICT #11 is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of February, 2016.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:  s/  *Robert R. Keech*
                Robert R. Keech
                Deputy Clerk